# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CERIDIAN CORPORATION** | **ORDER** |
| **SECURITIES LITIGATION** | **Civil File No. 04-3704 (MJD/SRN)** |

Based upon the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED**:

(1) Ceridian's Motion to Dismiss the Consolidated Class Action Complaint [Doc. No. 32] is **GRANTED**;

(2) Plaintiffs have thirty days from the date of this Order to file an amended complaint in this matter; and

(3) If no amended complaint is filed by that date, this case will be dismissed with prejudice.

Dated: May 25, 2006

                                                                                                          s / Michael J. Davis  
                                                                                                          Michael J. Davis  
                                                                                                          United States District Court