UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Ceridian Corporation Securities Litigation | Civil File No. 04-cv-3704 PJS/RLE<br><br>**MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Defendants, by and through their attorneys, respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order granting their Motion to Dismiss First Amended Class Action Complaint for Violation of the Federal Securities Laws.  The grounds for this motion will be further set forth in a Memorandum of Law and the Declarations in support of the Memorandum to be filed in accordance with the Local Rules and shall be further established at the hearing on this motion, along with all of the files, records and proceedings herein.

| | |
|---|---|
| | DORSEY & WHITNEY LLP |
| Dated: July 28, 2006 | By:   s/ Seth Leventhal<br>      Peter W. Carter # 227985<br>      Daniel J. Brown # 0298992<br>      Seth Leventhal # 263357<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br><br>*Attorneys for all Defendants* |