AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

IN RE:  CERIDIAN CORPORATION
        SECURITIES LITIGATION

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  04-3704 PJS/RLE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' motion to dismiss  is GRANTED.
2. Plaintiffs' first amended complaint  is DISMISSED WITH PREJUDICE AND ON THE MERITS.

| June 5, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/G. Schneider |
| (By) | G. Schneider,   Deputy Clerk |

Form Modified:  09/16/04